UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

# JS - 6

| Case No. | EDCV15-02442-JGB(SPx) | Date | April 19, 2017 |
|---|---|---|---|

| Title | Michael Bedford v. California Business Bureau, Inc., et al. |
|---|---|

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

**Proceedings:**   **(IN CHAMBERS)**   **Order Dismissing for Lack of Prosecution**

     On March 29, the Court issued an Order to Show Cause (Dkt. No. 12) wherein Plaintiff was ordered to respond in writing by Wednesday, April 12, 2017.  As of the date of this order, Plaintiff has failed to respond.  Accordingly, the Court dismisses the case without prejudice, for failure to prosecute.

IT IS SO ORDERED.